# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

WILLIE MURPHY, JR.,

    Plaintiff,

v.                                 CASE NO. 5:19cv113-MCR-MJF

TRACY ANDREWS,

    Defendant.

_____/

## **O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 24, 2019. ECF No. 13. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED** for failure to pay the filing fee and for failure to comply with two court orders.

3. The clerk of court is directed to close the case file.

**DONE AND ORDERED** this 24th day of October 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**